## Frank J. Wise, Appellant, v. Mary B. Hayden, Appellee.

**Gen. No. 9,746.**

Heard in this court at February term, 1942; opinion filed April 8, 1942. Robert E. Duffy, for appellant; Donald F. Wise, of counsel; George N. Blatt, Sr., for appellee; George N. Blatt, Jr., of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."